**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jean Ridore,<br><br>        Petitioner,<br>vs.<br><br>Katrina Kane,<br><br>        Respondent. | No. CV-08-1301-PHX-PGR (DKD)<br><br>ORDER |

Having reviewed *de novo* the Report and Recommendation of Magistrate Judge Duncan notwithstanding that no party has filed any objection to the Report and Recommendation,

IT IS ORDERED that the Magistrate Judge's Report and Recommendation (doc. #13) is accepted and adopted by the Court.

IT IS FURTHER ORDERED that the petitioner Jean Ridore's Petition Under 28 U.S.C. § 2241 for a Writ of Habeas Corpus by a Person in Federal Custody is granted solely to the extent that the United States shall release petitioner Jean Ridore from detention by Immigration and Customs Enforcement unless the United States provides a hearing to the petitioner no later than November 16, 2009 before an immigration judge with the power to grant him bail, unless the United States establishes at that hearing that the petitioner is a flight

risk or will be a danger to the community if released from detention.

IT IS FURTHER ORDERED that the Clerk of the Court shall enter judgment for petitioner Jean Ridore to the limited extent set forth in this order.

DATED this 15th day of September, 2009.

Paul G. Rosenblatt
United States District Judge